# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Jason P. Davis, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:20-cv-00208-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Giving Hope Retreat | ) | |
| Christy Lonardo | ) | |
| Jonny Lonardo, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 10, 2020 Order.

August 10, 2020

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court